USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/7/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
SALEH ALMAREH,

       Plaintiff,

 -against-

            20-CV-11024 (VEC)

CHAD WOLF, ACTING HEAD OF THE
DEPARTMENT OF HOMELAND SECURITY, L.  ORDER
FRANCIS CISSNA, DIRECTOR OF THE
UNITED STATES CITIZENSHIP &
IMMIGRATION SERVICES, PHYLLIS A.
COVEN, DISTRICT DIRECTOR, NEW YORK
DISTRICT OFFICE, USCIS,

       Defendants.
-------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

  WHEREAS on July 7, 2021, this case was transferred to the undersigned from Judge Philip M. Halpern; and

  WHEREAS the parties were scheduled to appear for a teleconference before Judge Halpern on July 8, 2021, at 12:00 p.m. (Dkt. 13);

  IT IS HEREBY ORDERED that the July 8, 2021 teleconference is CANCELED. The Court will issue a separate order scheduling an Initial Pretrial Conference before the undersigned.

**SO ORDERED.**

**Date: July 7, 2021**
   **New York, New York**
                    **VALERIE CAPRONI**
                    **United States District Judge**